**14-62235-CIV-Bloom/Valle**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. ____- Civ - (____)

IN ADMIRALTY

ALPHAMATE COMMODITY GMBH

Plaintiff,

-against-

285 METRIC TONS, MORE OR LESS, OF CARGO LADENED ABOARD M/V AGATA M, *in rem*

Defendant

-and-

SC LINE S.A, PANAMA

Defendant *in personam*

## VERIFIED COMPLAINT

Plaintiff, Alphamate Commodity GmbH ("Alphamate" or "Plaintiff") submits this verified complaint against defendant SC Line S.A, Panama ("SC Line" or "Defendant") *in personam*, and approximately 285 metric tons of cargo onboard the vessel M/V AGATA M (the "Vessel") *in rem*, and alleges as follows:

## THE PARTIES, JURISDICTION, AND VENUE

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and falls under this Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. § 1333.

2. Alphamate brings this action to obtain security for a maritime claim pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule C"), directing the seizure and arrest of cargo loaded onboard the vessel M/V AGATA M (the "Vessel"), which is presently or soon to be located within the jurisdiction of the District.

3. At all times relevant hereto, Alphamate Commodity GmbH is and was a foreign business entity organized under the laws of a foreign state. Alphamate has a place of business at Amalie-Sieveking Weg 14, 22359 Hamburg, Germany.

4. At all times relevant hereto, SC Line S.A., Panama is and was a foreign business entity organized under the laws of a foreign state. SC Line maintains a business address at Capital Plaza, Piso 6, Oficina 601, Panama.

5. Venue in this action is properly found in this Honorable Court pursuant to 28 U.S.C. § 1391(b).

6. This Court has *in rem* jurisdiction over the cargo loaded onboard the Vessel because the Vessel is currently or soon to be within this judicial district.

7. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1333 because this action arises from a maritime contract, i.e., a time charter party.

## FACTUAL BACKGROUND

8. On or about November 21, 2013, Alphamate ("Owner") and SC Line ("Charterer") executed a time charter by fixture recap for the vessel M/V AGATA M at a rate of US$7900 per day. The fixture recap expressly incorporates the terms of the New York Produce Exchange Form charter party.

9. On June 25, 2014 the Vessel was supplied by Charterers with fuel (the "Bunkers") in Columbia. Shortly thereafter, on or about July 18, the Vessel experienced an engine blackout while leaving Port Everglades. On July 27, 2014 the Vessel again experienced an engine blackout while in Port of Manzanillo, Panama.

10. As a result of the engine problems, SC Line declared the Vessel to be off-hire and did not pay hire for a period of 18 days.

11. During the repairs of the engines it was determined that the quality of the Bunkers should be tested and analyzed. Intertek Panama performed a test on the Bunkers from the tank of the Vessel and determined that the Bunkers contained 1.6% water which is off specification and damaged the pumps of the engine and injection system in full, CPP control and some electrical parts. Attached hereto as **Exhibit 1** is a true and correct copy of the report issued by Intertek dated August 7, 2014.

12. It was later determined that the "representative sample" provided by the bunker supplier was dated May 10, 2014 as opposed to June 25, 2014, the date of delivery of the Bunkers, and is therefore not considered a representative sample. A second "representative sample" provided was dated June 17, 2014. These samples were certified to contain approximately 0.4% water.

13. As a result of the Charterer's delivery of Bunkers Owners incurred $101,835.43 in spare parts and repair costs. Additionally, in connection with the repairs, Charterer has failed to pay hire in the amount of $154,125.40.

14. Alphamate has sent repeated demands for payment to SC Lines. However, the sum of $258,135.83 is currently due and owing to Alphamate.

15. Clause 23 of the New York Produce Exchange terms agreed in the fixture recap provides that "the Owners shall have a lien upon all cargoes" for any amounts due under the Charter Party.

16. According to a stowage plan for the Vessel's departure from La Guaira, Venezuela on September 25, 2014 the Vessel is currently loaded with 33 pieces of Caterpillar and similar equipment, totaling 285.41 metric tons and estimated to be worth approximately $1,000,000.00. A true and correct copy of the cargo plan is attached hereto as **Exhibit 2**. This cargo is expected to be unloaded at Port Everglades by SC Line USA.

**APPLICATION FOR ISSUANCE OF RULE C ARREST AGAINST CARGO ONBOARD THE VESSEL M/V AGATA M**

17. Alphamate seeks an order directing the arrest of cargo loaded on the M/V AGATA M which is currently or soon to be located in the district pursuant to Rule C of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Proceedings of the Federal Rules of Civil Procedure ("Rule C").

18. Plaintiff possesses a maritime lien and *in rem* claim against the cargo onboard the Vessel under United States law and under the terms of the Charter Party.

19. The M/V AGATA M is currently or is soon to be located in the District, with an estimated arrival at Port Everglades on or around October 1, 2014.

## PRAYER FOR RELIEF

20. That an order and warrant of arrest pursuant to Rule C issue against Defendant in the minimum amount of **$258,135.83**, and that the cargo up to this amount on board the M/V AGATA M is arrested in accordance with Rule C;

21. That any property arrested in this proceeding be expeditiously sold under the direction of this Court and that the proceeds of the sale be brought into this Court to satisfy all amounts owed to Alphamate;

22. That Defendant SC Line S.A., Panama, and any other person claiming an interest therein, may be cited to appear in the matters aforesaid, and that judgment be entered against SC Line and in favor of Alphamate in an amount to be determined at trial, but not less than **$258,135.83**;

23. That this Court retain jurisdiction over this matter through the entry of any judgment or award associated with any of the claims currently pending, or which may be initiated in the future, including any appeals thereof; and,

24. That this Court grant Plaintiff such other and further relief which it may deem just and proper.

Respectfully submitted,

Joshua R. Levenson
Joshua Levenson
Florida Bar #: 0056208
HOLLAND & KNIGHT LLP
515 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 525-1000
Fax: (954) 463-2030
Email: joshua.levenson@hklaw.com

*Attorneys for Plaintiff Alphamate Commodity GmbH*

**VERIFICATION**

STATE OF FLORIDA )
:ss.:
COUNTY OF BROWARD )

I, Joshua R. Levenson, at Holland & Knight LLP, verify that I have read the foregoing Verified Complaint and know the contents thereof, and the same are true and correct to the best of my knowledge. I make this declaration on behalf of, and with the authorization of Alphamate Commodity GmbH because Alphamate Commodity GmbH is a foreign corporation, having no officer or director within this District. The source of my knowledge and the grounds for my belief are the statements made by, and documents and information received from the Plaintiff and agents and/or representatives of the Plaintiff.

I verify under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2014

Joshua R. Levenson

#33197324_v2

**EXHIBIT 1**

 

No. 004

# REPORT OF ANALYSIS

| | | | |
|---|---|---|---|
| **VESSEL** | : **M/V « AGATA M »** | **DATE** | : AUGUST 07 TH, 2014 |
| **PORT / TERMINAL** | : CRISTOBAL ANCHORAGE | **YOUR REF** | : N/A |
| **SAMPLE OF *** | : HIGH SULFUR FUEL OIL | **ICB REF** | : **S-PA100-0009101** |
| **DRAWN BY** | : INTERTEK COMMODITIES DIVISION | **WITNESSED BY** | : N/A |
| **ANALYZED BY** | : INTERTEK COMMODITIES DIVISION | **LAB REF. No.** | : **0842-14** |

| | |
|---|---|
| **CLIENT** | : **AGATA SHIPPING LTD.** |
| **ADDRESS** | : Amalie - Sieverking - Weg 14, 22359 Hamburg, Germany |
| **SAMPLE DATE** | : AUGUST 05 TH, 2014 |
| **RECEPTION DATE** | : AUGUST 06 TH, 2014 |
| **ANALYSIS DATE** | : AUGUST 06 TH, 2014 |

**Identified as: SHIP'S COMPOSITE SAMPLE / Sampling and Testing**

| | TEST | UNITS | METHOD | SPECIFICATIONS | RESULTS |
|---|---|---|---|---|---|
| 1. | API Gravity at 60ºF | degrees | ASTM D4052 | 11.2 min. | 13.5 |
| 2. | Density at 15ºC | $Kg/m^3$ | ASTM D4052 | 991.0 max. | 975.4 |
| 3. | Kinematic Viscosity at 50ºC | $mm^2/s$ | ASTM D445 | 380.0 max. | 368.3 |
| 4. | Sulfur Content | mass % | ASTM D4294 | 3.50 max. | 1.28 |
| 5. | Flash Point | ºC | ASTM D93B | 60 min. | >110.0 |
| 6. | Water by Distillation | volume % | ASTM D95 | 0.50 max. | 1.6 |
| 7. | Pour Point | ºC | ASTM D97 | 30 max. | -9 |
| 8. | Total Sediment Aged | mass % | ISO 10307-2 | 0.10 max. | Pending |
| 9. | MicroCarbon Residue | mass % | ASTM D4530 | 18.00 max. | 11.4 |
| 10. | Ash Content | mass % | ASTM D482 | 0.100 max. | 0.063 |
| 11. | Vanadium | mg/kg | IP 470 | 350 max. | 111 |
| 12. | Sodium | mg/kg | IP 470 | 100 max. | 60 |
| 13. | Aluminum | mg/kg | IP 470 | Report | 8 |
| 14. | Silicon | mg/kg | IP 470 | Report | 14 |
| 15. | Aluminum plus Silicon | mg/kg | IP 470 | 60 max. | 22 |
| 16. | Calcium | mg/kg | IP 470 | ** | 47 |
| 17. | Zinc | mg/kg | IP 470 | ** | 1 |
| 18. | Phosphorous | mg/kg | IP 500 | ** | 1.0 |
| 19. | Total Acid Number | mg KOH/g | ASTM D664 | 2.5 max. | 1.6 |
| 20. | Calculated Carbon Aromaticity Index | N/A | ISO 8217 Annex F | 870 max. | 837 |

* As per customer description

ICBFCA-019
Rev.1/09-04
**Page 1 of 1**

**Remarks:**

** A fuel shall be considered to contain ULO when either one of the following conditions is met: calcium >30 and zinc >15; or calcium >30 and phosphorous >15

This Report of Analysis may not be reproduced in part or total without the written permission of INTERTEK COMMODITIES. The results of the test indicated on this report are only valid for the indicated sample and should not be used as a certificate of conformity or as a certificate of the quality system of the manufacturer.

Intertek
ALSIN ANGELO
Laboratory Manager

**ALSIN ANGELO M. / Laboratory Manager**
**INTERTEK COMMODITIES DIVISION**

**ISO/IEC 17025 ACCREDITATION No. LE-004**

# **EXHIBIT 2**

# PRELIMINARY STOWAGE PLAN

POL: LA GUAIRA, VENEZUELA - DEPARTURE - 25-SEP-2014

POD: SANTA MARTA / MANZANILLO / CARTAGENA

MV AGATA M

Loading plan

